GARY M. RESTAINO
United States Attorney
District of Arizona

PARKER STANLEY
Arizona State Bar No. 033276
Assistant U.S. Attorney
123 N. San Francisco Street, Suite 410
Flagstaff, Arizona 86001
Telephone: 602-514-7500
Email: parker.stanley@usdoj.gov
Attorney for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-08020-PCT-DJH (ASB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 659 and 2 (Possession or Receipt of Goods Stolen from Interstate Shipment, Aid and Abet) Count 1 |
| 1. Noe Cecena-Castro, (Count 1) | |
| 2. Erik Portillo-Valdez, (Counts 1-2) | 8 U.S.C. § 1326(a) (Reentry of Removed Alien) Counts 2 – 4 |
| 3. Marcos David Nunez-Mares, (Count 1) | |
| 4. Sadiel Jose Martinez-Soto, (Counts 1 and 5) | 8 U.S.C. § 1325(a)(1) (Improper Entry by Alien) Counts 5 - 10 |
| 5. Cesar Martinez-Molina, (Counts 1 and 6) | |
| 6. Jose Luis Rodriguez-Cecena, (Counts 1 and 7) | |
| 7. Jaime Cota-Peraza, (Counts 1 and 3) | |
| 8. Brayan Armando Reynaga-Dominguez, (Counts 1 and 8) | |
| 9. Luis Francisco Luna-Reynaga, (Counts 1 and 9) | |
| 10. Louis Enrique Dominguez-Chaparro aka Jesus Antonio Martinez-Chavez, and (Counts 1 and 4) | |
| 11. Guadalupe Acosta-Alvarez, (Counts 1 and 10) | |
| Defendants. | |

FILED FEB 11 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about January 13, 2025, in the District of Arizona, and elsewhere, NOE CECENA-CASTRO, ERIK PORTILLO-VALDEZ, MARCOS DAVID NUNEZ-MARES, SADIEL JOSE MARTINEZ-SOTO, CESAR MARTINEZ-MOLINA, JOSE LUIS RODRIGUEZ-CECENA, JAIME COTA-PERAZA, BRAYAN ARMANDO REYNAGA-DOMINGUEZ, LUIS FRANCISCO LUNA-REYNAGA, LOUIS ENRIQUE DOMINGUEZ-CHAPARRO aka JESUS ANTONIO MARTINEZ-CHAVEZ, and GUADALUPE ACOSTA-ALVAREZ knowingly possessed goods and chattels, to wit: Nike Shoes, of a value in excess of $1000.00, which had been stolen from a BNSF train while moving in interstate commerce from California to Arizona, knowing the said goods and chattels to be stolen.

All in violation of Title 18, United State Code, Sections 659 and 2.

## COUNT 2

On or about January 13, 2025, in the District of Arizona, the defendant ERIK PORTILLO-VALDEZ, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about July 30, 2018, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

## COUNT 3

On or about January 13, 2025, in the District of Arizona, the defendant JAIME COTA-PERAZA, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about February 1, 2019, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

## COUNT 4

On or about January 13, 2025, in the District of Arizona, the defendant LOUIS ENRIQUE DOMINGUEZ-CHAPARRO aka JESUS ANTONIO MARTINEZ-CHAVEZ, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 4, 2023, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

## COUNT 5

On or about January 13, 2023, within the District of Arizona, the defendant, SADIEL JOSE MARTINEZ-SOTO, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

## COUNT 6

On or about January 13, 2022, within the District of Arizona, the defendant, CESAR MARTINEZ-MOLINA, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

## COUNT 7

On or between January 1, 2024 and December 31, 2024, at or near Nogales, Arizona, in the District of Arizona, the defendant, JOSE LUIS RODRIGUEZ-CECENA, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

**COUNT 8**

On or about October 13, 2024, within the District of Arizona, the defendant, BRAYAN ARMANDO REYNAGA-DOMINGUEZ, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

**COUNT 9**

On or about January 13, 2022, within the District of Arizona, the defendant, LUIS FRANCISCO LUNA-REYNAGA, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

**COUNT 10**

On or about October 13, 2024, within the District of Arizona, the defendant, GUADALUPE ACOSTA-ALVAREZ, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: February 11, 2025

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
PARKER STANLEY
Assistant U.S. Attorney